IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

B.S.C. HOLDING, INC. *et al.*,  )
                                )
       *Plaintiff*,        )
                                )
vs.                             )   Case No.: 11-2252-EFM
                                )
LEXINGTON INSURANCE COMPANY,    )
                                )
       *Defendant*.       )

MEMORANDUM AND ORDER

Pursuant to the Appeal Mandate from 10CCA (Doc. 168) Reversing and Remanding the matter to the District Court, the Court VACATES the Memorandum and Order Granting Motion for Summary Judgment (Doc. 156) and the Judgment (Doc. 157) in this matter.

The Court will contact the parties to determine an agreed date and time for a trial date in this matter.

IT IS SO ORDERED.

Dated this 3rd day of April, 2014.

*[signature]*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE